**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JANET G. FERGUSON,

    Plaintiff,

vs.                                          CASE NO. 3:07-cv-383-J-25HTS

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

    Defendant.
_____

**O R D E R**

    This cause is before the Court sua sponte. If Charles L. Martin, Esquire, wishes to appear further and be heard herein, he shall file a motion for admission pro hac vice within ten (10) days of the date of this Order. Mr. Martin should be mindful of the admonition contained in Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, that out of state counsel "may appear specially as counsel of record" provided "such privilege is not abused by appearances in separate cases to such a

degree as to constitute the maintenance of a regular practice of law in Florida[.]"[1]

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of August, 2007.

/s/   Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
   pro se parties, if any

---

[1] In the last eight months, Mr. Martin has been granted admission pro hac vice in the United States District Court for the Middle District of Florida in one case (3:07-cv-669-J-33HTS) and has made appearances in this case and one other (8:07-cv-96-T-MAP).